AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JULLIUS JAVONTE BROOKS

           Plaintiff

  v.                                             Civil Action No. 2:22-cv-219
                                                      consolidated with 2:22-cv-220

BMO HARRIS BANK
*Calumet Ave Hammond, IN 46320*

           Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: This case is DISMISSED for want of jurisdiction. _____

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by  Judge James T. Moody

DATE:  01/26/2023           CHANDA J. BERTA, ACTING CLERK OF COURT

                                        by      s/J. Barboza
                                              *Signature of Clerk or Deputy Clerk*